# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                     Plaintiff,<br><br>v.<br><br>BRYAN ARTEAGA,<br><br>                                     Defendant. | Case No.:  20CR2575-JLS<br><br>**ORDER VACATING STATUS HEARING AND EXONERATING BOND** |

The record reflects that the defendant is in custody.  Accordingly, IT IS HEREBY ORDERED that the Status Hearing re: Self-Surrender/Bond Exoneration scheduled for February 5, 2021 is **Vacated**.  IT IS FURTHER ORDERED the bond in this matter is this matter is **Exonerated.**

IT IS SO ORDERED.

Dated:  February 2, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

20CR2575-JLS